08 JUL -2 PM 2:07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 2195 JM |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| PEDRO R. ARCE-FOX, aka Marko Oswaldo Ortega Tapia, | |
| Defendant. | |

The grand jury charges:

On or about June 23, 2008, within the Southern District of California, defendant PEDRO R. ARCE-FOX, aka Marko Oswaldo Ortega Tapia, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

PLS:fer:San Diego
7/1/08

It is further alleged that defendant PEDRO R. ARCE-FOX, aka Marko Oswaldo Ortega Tapia, was removed from the United States subsequent to February 7, 2001.

DATED: July 2, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney